IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11cr3079 |
| | ) | |
| v. | ) | |
| | ) | TENTATIVE FINDINGS ON MODIFIED |
| MAURO MENDEZ-GUZMAN, | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORT |
| Defendant. | ) | |
| | ) | |

    No statements indicating any objection to the Modified Presentence Investigation Report have been filed. Accordingly, I tentatively find that the Modified Presentence Investigation Report is true and accurate. Objections may be made at the time of the sentencing, but no evidence shall be received.

    Dated October 5, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge